# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

———————————————————x
IN RE PROCTER & GAMBLE COMPANY :    Civil Action No. C-1-00-190
SECURITIES LITIGATION            :    (Weber, J.)
———————————————————x

**FINAL NOTIFICATION TO CASH CHECK**

You were sent a check representing your portion of the Net Settlement Fund in the above named litigation. Our records show that your check has not been cashed. The settlement checks are only valid for six months from the date they were issued. Under the terms of the Settlement, if your check is not cashed by July 15, 2003, the funds will be re-distributed to Class Members who have previously cashed their checks.

If you have any questions or need your check reissued, please contact the Claims Administrator at 1-877-700-4747.

Sincerely,
Claims Administrator

In re Procter & Gamble Company Securities Litigation
c/o The Garden City Group, Inc.
Claims Administrator
P.O. Box 8824
Melville, New York 11747-8824