UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
(WESTERN DIVISION)

|  |  |
|---|---|
| IN RE: PROCTER & GAMBLE COMPANY SHAREHOLDERS LITIGATION | Civil Action No. C-1-00-190 (Weber, J.) |

## NOTICE OF MANUAL FILING

This is to advise the Court that Plaintiffs have manually filed Exhibit A to the Affidavit of Shandarese Garr Concerning The Redistribution of Settlement Fund. Exhibit A is a disk which includes the names of all class members who will receive a check in the redistribution. The actual document is over 2,000 pages in length.

Dated: September 2, 2003

Respectfully submitted,

STRAUSS & TROY

By: _____
Richard S. Wayne (0022390)
William K. Flynn (0029536)
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, OH 45202-4186
(513) 621-2120

*Lead Counsel for Plaintiffs*

45688.870.408789.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following counsel by ordinary United States mail, first class postage prepaid, this 2nd day of September, 2003:

Stanley M. Chesley, Esq.
Terrence L. Goodman, Esq.
WAITE, SCHNEIDER, BAYLESS
  & CHESLEY CO., LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Gregory P. Joseph, Esq.
GREGORY P. JOSEPH LAW OFFICES LLC
805 Third Avenue, 31st Floor
New York, NY 10022

William G. McGuinness, Esq.
Israel David, Esq.
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON
One New York Plaza
New York, NY 10004

_____
Richard S. Wayne (0022390)

45688.853.408789.1