UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
(WESTERN DIVISION)

| | |
|---|---|
| IN RE: PROCTER & GAMBLE COMPANY SHAREHOLDERS LITIGATION ) ) ) ) | Civil Action No. C-1-00-190 (Weber, J.) |

## NOTICE OF MANUAL FILING

This is to advise the Court that Plaintiffs have manually filed Exhibit A to the Affidavit of Shandarese Garr Concerning The Redistribution of Settlement Fund. Exhibit A is a disk which includes the names of all class members who will receive a check in the redistribution. The actual document is over 2,000 pages in length.

Dated: September 2, 2003

Respectfully submitted,

STRAUSS & TROY

By: _____
Richard S. Wayne (0022390)
William K. Flynn (0029536)
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, OH 45202-4186
(513) 621-2120

*Lead Counsel for Plaintiffs*

45688.870.408789.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon the following counsel by ordinary United States mail, first class postage prepaid, this 2nd day of September, 2003:

Stanley M. Chesley, Esq.
Terrence L. Goodman, Esq.
WAITE, SCHNEIDER, BAYLESS
  & CHESLEY CO., LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

William G. McGuinness, Esq.
Israel David, Esq.
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON
One New York Plaza
New York, NY 10004

Gregory P. Joseph, Esq.
GREGORY P. JOSEPH LAW OFFICES LLC
805 Third Avenue, 31st Floor
New York, NY 10022

_____
Richard S. Wayne (0022390)

45688.853.408789.1