| CLAIMANT NAME | CHECK NUMBER | REPLACEMENT CHECK DATE | CHECK AMOUNT |
|---|---|---|---|
| TD ASSET MANAGEMENT | 62063 | 8/20/2003 | $5,043.36 |
| WILLIAM I. MENARCHECK 3RD | 62061 | 8/20/2003 | $268.09 |
| JILL J. TROPINO | 62051 | 8/20/2003 | $14.21 |
| BARABARA BLANCHARD | 62054 | 8/20/2003 | $9.68 |
| HARI A NAIR | 62016 | 8/20/2003 | $7.36 |
| WILLIAM K BARKER | 62047 | 8/20/2003 | $7.34 |
| ONYX FUND HOLDINGS | 74802 | 10/30/2003 | $1,296.20 |
| PAUL W HEMMER JR | 71353 | 10/30/2003 | $41.71 |
| ALERUS FINANCIAL | 72189 | 10/30/2003 | $41.10 |
| RONALD LEWITTES | 74475 | 10/30/2003 | $33.70 |
| JAMES WILLIAMS | 73040 | 10/30/2003 | $10.59 |
| OMG, INC. PROFIT SHARING PLAN | 78456 | 10/30/2003 | $9.16 |
| MONCOE AREA MEDICAL ASSOC PC | 80329 | 10/30/2003 | $7.35 |
| CATHARINE BARTLETT | 76385 | 10/30/2003 | $5.43 |
| COLUMBUS HOLDINGS LIMITED | 76918 | 11/26/2003 | $1,374.82 |
| WILLIAM & CATHERINE MC GEE | 71117 | 11/26/2003 | $5.55 |
| DUPONT PENSION FUND INVESTMENTS | 79347 | 12/26/2003 | $3,931.05 |
| DELAWARE INVESTMENTS | 77160 | 12/26/2003 | $3,472.70 |
| FIONA HYLAND | 75826 | 12/26/2003 | $415.14 |
| STATE STREET AS CUSTODIAN FOR | 81331 | 12/26/2003 | $54.37 |
| MARC E BROWN AND | 75939 | 12/26/2003 | $30.83 |
| FTVIPT-FRANKLIN S & P 500 | 70184 | 12/26/2003 | $29.33 |
| CHUO MTISUI TRUST - TOKKIN | 78468 | 12/26/2003 | $12.56 |
| CHUO MTTSUI TRUST - TOKKIN 109221 | 78513 | 12/26/2003 | $11.12 |
| JHON A. GRAGNANI M.D | 70102 | 12/26/2003 | $9.82 |
| LEO B HANSEN & | 73574 | 12/26/2003 | $8.09 |
| J CHRISTOPHER WADDELL AND | 74987 | 12/26/2003 | $7.58 |
| LUTHER KING CAPITAL MGMT | 80643 | 12/26/2003 | $7.53 |
| CHUO MTISUI TRUST - TOKKIN 109460 | 78473 | 12/26/2003 | $6.54 |
| STATE STREET AS CUSTODIAN FOR | 81333 | 12/26/2003 | $6.36 |
| BRECHER FISHMAN PASTERNACK | 70205 | 12/26/2003 | $5.55 |
| DEUTSCHE TRUST BANK - A/C# 5031 | | | $1,408.67 |
| CHARLES MENDEL | | | $979.93 |
| THE SETON FUND OF THE DAUGHTERS | | | $137.59 |
| JOSEPH B. YU | | | $54.47 |
| SOVEREIGN BANK | | | $48.35 |
| FMT CO CUST IRA ROLLOVER | | | $47.31 |
| DR MICHAEL E PICHICHERO | | | $39.06 |
| AMALAGATRUST CO INC AGENT FOR | | | $26.77 |
| CATHERINE A YOUNG | | | $25.58 |
| LEON E HOWELL | | | $16.88 |
| CHARLES SCHWAB & CO INC CUST | | | $16.34 |
| JAMES & ALICE CULLEN TTEES | | | $15.34 |
| DLJSC AS CUST | | | $15.23 |
| DAVID T BEDDOW | | | $14.87 |
| HILLIARD LYONS CUST FOR | | | $14.54 |
| THOMAS S. MOORE | | | $14.33 |
| JAMES F OATES III & JOAN OATES TTEES | | | $11.83 |
| ROBERT J & DONNA H SUFFREDINI TTEES | | | $11.51 |
| GREGORY L WILLIAMSON | | | $9.14 |
| COMBONI MISSIONARIES | | | $8.73 |
| MURRAY SHUSER | | | $7.83 |
| ALAN & SYLVIA COVEY | | | $7.77 |
| 1ST TRUST & CO #205398-1 | | | $7.53 |
| SCHWAB INSTITUTIONAL CUST | | | $7.39 |
| PATRICIA BLONSKI | | | $7.15 |
| FRED SALASSA | | | $7.14 |
| MILT YANOFSKY TTEE | | | $5.95 |
| CAROLYN J GOLIGHTLY | | | $5.92 |

| CLAIMANT NAME | CHECK NUMBER | REPLACEMENT CHECK DATE | CHECK AMOUNT |
|---|---|---|---|
| MELVIN W MOSER | | | $5.81 |
| HELEN VAN SANT | | | $5.78 |
| RITA S MEYER & GEORGE SCHWARTZ | | | $5.49 |
| BRADLEY J VELDKAMP | | | $5.45 |
| MARVIN LUSTBADER | | | $5.38 |
| RICHARD W CAPIK | | | $5.33 |
| GARTMORE INVESTMENT MANAGEMENT | | | $159.57 |
| STATE STREET BANK | | | $1,327.27 |