UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| IN RE PROCTER & GAMBLE COMPANY SECURITIES LITIGATION | ) ) ) ) Civil Action No. C-1-00-190 (Weber, S.J.) |

ORDER APPROVING FINAL DISTRIBUTION OF THE
NET SETTLEMENT FUND TO CERTAIN CHARITIES
AND THE PAYMENT OF THE BALANCE OF THE
ATTORNEYS' FEES TO PLAINTIFFS' COUNSEL

The Court having considered the parties' Joint Motion for Final Distribution of the Net Settlement Fund to Certain Charities and Payment of Balance of Attorneys' Fees to Plaintiffs' Counsel and the supporting memorandum and affidavit, hereby ORDERS:

1. The confirmation of the stop payment orders for all checks dated September 24, 2003 that were issued to Authorized Claimants as part of the Second Distribution and remain uncashed and all other uncashed checks reissued as part of the First and Second Distribution that are now date void;

2. The payment of the outstanding checks to Authorized Claimants which were reissued as part of the First and Second Distribution until these checks become void on March 25, 2004 and requiring the claims administrator to enter stop payment orders on any of these checks that are not cashed by March 25, 2004;

3. The payment of the 2 wire transfers and 32 request for replacement checks which total $2,104.63 and the payment to the 2 Class Members whose claims were deem eligible but have since cured all deficiencies which total $2,388.60;

4. The transfer of the Contingency Fund from an interest bearing account to a non-interest bearing account;

5. The Net Settlement Fund which totals $224,518.18 and $50,000 from the Contingency Fund shall be distributed to the charities identified and in the amounts designated in the Memorandum in Support of Joint Motion For Final Distribution of the Net Settlement Fund to Certain Charities, which was filed with the Court on January 22, 2004;

6. The payment of the balance of the attorneys fees awarded to plaintiffs' counsel in the amount of $3,675,000.00 to Richard S. Wayne, for distribution to Plaintiffs' counsel;

7. The balance of the Net Settlement Fund (those funds withheld for the payment of checks reissued as part of the First and Second distribution and that become void on March 25, 2003) and the interest earned on the Net Settlement Fund, the unpaid portion of Plaintiffs' attorney fees and the Contingency Fund (approximating $30,000.00) shall be distributed to the charities identified and in the amounts designated in the Memorandum in Support of Joint Motion For Final Distribution of the Net Settlement Fund to Certain Charities, which was filed with the Court on January 22, 2004 after all the checks become void on March 25, 2004;

8. The filing of the final tax return and payment of any final taxes and costs of this administration; and

9. The closing of this file on the Court's docket.

**SO ORDERED.**

S/Herman J. Weber_____
Herman J. Weber,
United States District Senior Judge

pg_order_1.22.04.wpd